UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 2:20-cv-09834-WDK-JC | Date | July 29, 2021 |
|---|---|---|---|
| Title | G and G Closed Circuit Events, LLC v. Mendoza et al | | |

| Present | The Honorable William D. Keller, United States District Judge |
|---|---|

| Paticia Gomez | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE**

    In light of the Default by Clerk entered **July 28, 2021**, the Court, on its own motion, **ORDERS plaintiff** to show cause in writing no later than **August 30, 2021** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of a **Request for Entry of Default Judgment (Fed. R. Civ. P. 55(b))** on or before that date.

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant.

    No oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

    **IT IS SO ORDERED**.

:

Initials of Preparer        PG